IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**JUL 2 3 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CRIMINAL NO. 20-30103-SMY<br>) |
| TRAVIS A. WINTERS, | ) Title 18, United States Code, Section<br>) 922(g)(1)<br>) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about February 26, 2020, in St. Clair County, Illinois, within the Southern District of Illinois,

**TRAVIS A. WINTERS,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Unlawful Delivery of a Controlled Substance, on or about June 25, 2000, in 97-CF-00914, in the 20th Judicial Circuit Court, St. Clair County, Illinois, did knowingly possess a firearm, to wit: a Remington, Model 552, .22 Caliber Long Rifle with Serial Number unknown, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**TRAVIS A. WINTERS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Remington, Model 552, .22 Caliber Long Rifle with Serial Number unknown, any and all ammunition contained therein, and any additional ammunition collected.

_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney